UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.  02-1001 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL JUDGMENT OF** |
| v. | ) | **CONDEMNATION AS TO** |
| 3.94 ACRES OF LAND, MORE OR | ) | **TRACT NO. 70-142** |
| LESS, LOCATED IN KOOCHICHING | ) | |
| COUNTY, MINNESOTA; WALTER WOLK | ) | |
| AND  MARK C.  WOLK, AS JOINT | ) | |
| TENANTS; KOOCHICHING COUNTY | ) | |
| TREASURER; and OTHER UNKNOWN | ) | |
| OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

It appearing to this Court that on August 24, 2005,  Judgment approving the Stipulation and determining just compensation was entered in this case by the Honorable Joan N. Ericksen, United States District Court, adjudicating that fee simple title in the lands identified as Tract No. 70-142 as described in the Complaint in Condemnation, would vest in the United States of America simultaneously upon payment by the United States into the Registry of the Court of One Hundred Twenty-five Thousand and  00/100 ($125,000.00) Dollars, which amount was adjudicated to be full compensation for the taking of said property,

And it further appearing that on September 15, 2005, there was deposited by the plaintiff, United States of America, the sum of One Hundred Twenty-five Thousand and 00/100 ($125,000.00) Dollars, pursuant to said Judgment,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT on September 15, 2005, the fee simple title in the lands identified as Tract No.  70-142, as described in the

Complaint in Condemnation, is vested in the United States of America free and discharged from all claims and liens of every kind whatsoever.

Dated: September 16, 2005          s/ Joan N. Ericksen
               JOAN N. ERICKSEN,  JUDGE
               United States District Court